THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACINTO
COSTA, Appellant, *v.* FRANK L. POLK, as Corporation
Counsel of the City of New York, Respondent.

*People ex rel. Costa* v. *Polk*, 168 App. Div. 917, appeal dismissed.
(Submitted April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 30, 1915, which
affirmed an order of Special Term denying a motion for
a writ of mandamus to compel defendant to annul a
determination removing the relator from the position of
junior assistant corporation counsel in the law depart-
ment of the city of New York.

The motion was made upon the grounds that the appeal
was frivolous; that the order sought to be reviewed was
not appealable; that the appellant had failed to serve and
file the required undertaking and had also neglected to
print and serve the required papers on appeal.

*Lamar Hardy, Corporation Counsel,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.